Robert R. CURTIS, Plaintiff—
Appellant,

v.

UNITED STATES of America,
Movant—Appellee,

and

John O. Thompson; Stewart Remer;
Helen Hurcombe; Mark Langstein;
John McNulty, Defendants.

No. 08–1369.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 14, 2008.

Decided: Aug. 19, 2008.

Robert R. Curtis, Appellant Pro Se. Tarra R. DeShields–Minnis, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert R. Curtis appeals the district court's order substituting the United States for all defendants and granting judgment to the United States. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Curtis v. Thompson,* No. 8:05–cv00868–RWT (D.Md. Jan. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*